# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LISA DWYER,

    Plaintiff,

v.

MICHELLE HALL, Director; CHARISSE LOWTHER; and SONORA M. HARDEN;

    Defendants.

Case No. 5:21-cv-12024

DISTRICT JUDGE JUDITH E. LEVY

MAG. KIMBERLY G. ALTMAN

## STIPULATED ORDER

The parties have stipulated and agreed to an extension of the deadline for Plaintiff's to file Objections to the Report and Recommendation by Magistrate Judge Altman on this matter, filed April 25, 2022. Pursuant to this agreement, Plaintiff's Objections are due on or before May 23, 2022.

IT IS HEREBY ORDERED that the above stipulation concerning the deadline for Plaintiff to file Objections is granted. Plaintiff must file any Objections to the Report and Recommendation on or before May 23, 2022.

**IT SO ORDERED.**

Date: May 6, 2022                    s/Judith E. Levy
                                     Judith E. Levy
                                     United States District Judge

**Approved as to form and substance**:

Respectfully submitted,              Respectfully submitted,
MSU COLLEGE OF LAW                   CORPORATION COUNSEL
CIVIL RIGHTS CLINIC

s/ Daniel E. Manville                s/ Davidde A. Stella
DANIEL E. MANVILLE (P39731)          Davidde A. Stella (P69948)
*Attorney for Plaintiff*             *Attorney for Defendants*